UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LEE ARTHUR JOHNSON, et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>PAUL JOSEPH CARMOUCHE, et al.,<br><br>                    Defendants. | Case No. 2:15-cv-00597-JCM-PAL<br><br>ORDER |

Presently before the court are Magistrate Judge Leen's report and recommendation regarding plaintiffs' Carrie Johnson, Lee Arthur Johnson, and Johnson & Riley LLC, failure to provide a certificate of interested parties. (Doc. # 9).

On June 23, 2015, plaintiffs' filed their certificate of interested parties in compliance with the deadline set forth in Magistrate Judge Leen's report and recommendation. (Doc. #12).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Judge Leen's report and recommendation (doc. # 9) is DENIED as moot.

DATED THIS 5th day of November, 2015.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE